# Court of Appeals
# of the State of Georgia

ATLANTA, October 05, 2022

*The Court of Appeals hereby passes the following order*

**A23D0061. JACK EDWIN STEELE, III v. CAROL STEELE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

19CVE0649



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta, October 05, 2022.

        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*